UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 417-272 |
| JACOB WILLIAMS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 4th day of March, 2019.

_____
HON. C. L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA